845 A.2d 764

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**John Patrick TYRELL, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Robin Patricia Campbell, Doylestown, for Commonwealth of Pennsylvania.

Richard D. Winters, Norristown, for John Patrick Tyrell.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).